IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMER K. KHALIL | ) | CASE NO. 1:17CV1572 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| -vs- | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Now come Plaintiff Amer K. Khalil and Defendant Allstate Vehicle and Property Insurance Company, by and through undersigned counsel, and hereby provide notice that the instant action has been settled and a Notice of Voluntary Dismissal With Prejudice will be forthcoming.

Respectfully submitted,

| | |
|---|---|
| /s/ David C. Comstock, Jr. (per email consent) | /s/ Kenneth J. Fisher |
| DAVID C. COMSTOCK, JR. (0040145) | KENNETH J. FISHER (0001507) |
| Bonezzi Switzer Polito & Hupp Co., L.P.A. | KENNETH J. FISHER CO., L.P.A. |
| 3701B Boardman-Canfield Road, Suite 101 | 2100 Terminal Tower |
| Canfield, Ohio 44406 | 50 Public Square |
| (330) 286-3701 | Cleveland, Ohio 44113 |
| (330) 286-3745 (facsimile) | (216) 696-7661 |
| dcomstock@bsphlaw.com | (216) 696-0439 (facsimile) |
| | kfisher@fisher-lpa.com |
| Attorney for Defendant, Allstate Vehicle and Property Insurance Company | Attorney for Plaintiff, Amer K. Khalil |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Settlement was filed electronically with the Court this 15th day of March, 2017. Notice of this filing will be sent to all parties per operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Kenneth J. Fisher
      KENNETH J. FISHER (0001507)

      Attorney for Plaintiff, Amer K. Khalil