IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMER K. KHALIL | CASE NO. 1:17CV1572 |
| Plaintiff, | JUDGE PATRICIA A. GAUGHAN |
| -vs- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | |
| Defendant. | |

So Ordered.
/s/ Patricia A. Gaughan
5/2/18

Now come Plaintiff Amer K. Khalil and Defendant Allstate Vehicle and Property Insurance Company, by and through undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby stipulate that the instant action is dismissed with prejudice at Defendant's costs.

Respectfully submitted,

/s/ David C. Comstock, Jr. (per email consent)
DAVID C. COMSTOCK, JR. (0040145)
Bonezzi Switzer Polito & Hupp Co., L.P.A.
3701B Boardman-Canfield Road, Suite 101
Canfield, Ohio 44406
(330) 286-3701
(330) 286-3745 (facsimile)
dcomstock@bsphlaw.com

Attorney for Defendant, Allstate Vehicle and Property Insurance Company

/s/ Kenneth J. Fisher
KENNETH J. FISHER (0001507)
KENNETH J. FISHER CO., L.P.A.
2100 Terminal Tower
50 Public Square
Cleveland, Ohio 44113
(216) 696-7661
(216) 696-0439 (facsimile)
kfisher@fisher-lpa.com

Attorney for Plaintiff, Amer K. Khalil